**Electronically Filed
Supreme Court
SCWC-23-0000723
11-MAY-2026
12:23 PM
Dkt. 5 ODAC**

SCWC-23-0000723

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

NANCY LACUESTA,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000723; CASE NO. 2CPN-23-0000009)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ., and
Circuit Judge Morikawa, assigned by reason of vacancy)

Petitioner Nancy Lacuesta's Application for Writ of

Certiorari, filed on March 31, 2026, is hereby rejected.

DATED: Honolulu, Hawai'i, May 11, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Trish K. Morikawa

